**Appellant's Motion Granted; Appellee's Motion Denied as Moot; Appeal Dismissed and Memorandum Opinion filed November 15, 2016.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00300-CV

## IN THE MATTER OF THE MARRIAGE OF VICTOR E. UWA AND IDONGESIT PAMELA UDOH-UWA

**On Appeal from the 309th District Court
Harris County, Texas
Trial Court Cause No. 2014-48637**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 8, 2016. On October 12, 2016, appellee filed a motion to dismiss the appeal for want of prosecution. On October 24, 2016, appellant filed a motion to withdraw his notice of appeal. *See* Tex. R. App. P. 42.1. Appellant's motion is granted. Appellee's motion is denied as moot.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.